B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF INDIANA

In re    Brian C Thompson               ,        Case No.    10-12588

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

eCAST Settlement Corporation
_____
Name of Transferee

Name and Address where notices to transferee should be sent:

     eCAST Settlement Corporation
     c/o Bass & Associates, P.C.
     3936 E Ft. Lowell, Suite 200
     Tucson,  AZ  85712

Phone:   (520) 577-1544 (Servicer)
Last Four Digits of Acct #:     8944

Name and Address where transferee payments should be sent (if different from above):
     eCAST Settlement Corporation
     PO Box 7247-6971
     Philadelphia,  PA  19170-6971

Phone:   (520) 577-1544 (Servicer)
Last Four Digits of Acct #:     8944

Capital One, N.A.
_____
Name of Transferor

Court Claim # (if known):    14
Amount of Claim:          2029.54
Date Claim Filed:        09/24/2010

Phone:    (520) 577-1544 (Servicer)
Last Four Digits of Acct. #:   8944

     Transferor Address:
     Capital One, N.A.
     c/o Bass & Associates, P.C.
     3936 E Ft. Lowell, Suite 200
     Tucson,  AZ  85712

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Jaime Watkins _____
     Transferee/Transferee's Agent

     Authorized Representative
     Bass & Associates, P.C.
     3936 E Ft. Lowell Rd, Suite 200
     Tucson,  AZ  85712
     (520) 577-1544
     ecf@bass-associates.com

Date:    4/17/2013

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**Exhibit 1 to**
**Receivable Sale Agreement dated April 11, 2013**

## BILL OF SALE

**Closing Date:** April 12, 2013

Capital One, National Association ("Seller"), for good and valuable consideration, the receipt of which is hereby acknowledged, hereby sells, assigns and transfers all right, title and interest in the Accounts identified in the Sale File entitled "BASS_updated_bid_file_0405" (which may be in electronic form), together with all related liens or other security interests, to eCAST Settlement Corporation ("Buyer"), without recourse or representation except as expressly provided herein or on the terms, and subject to the conditions, set forth in the Agreement (as defined below).

This Bill of Sale is delivered pursuant to that certain Receivable Sale Agreement, dated as of April 11, 2013, by and between Seller and Buyer (the "Agreement"). All capitalized terms used, but not defined, in this Bill of Sale shall have the meanings assigned to such terms in the Agreement.

The Cutoff Date for the Sale File was April 4, 2013.

Seller stipulates that Buyer may be substituted for Seller as the valid owner of each of the Accounts, and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2), or otherwise.


CAPITAL ONE,
NATIONAL ASSOCIATION

By: _____

Name: John H. Maurer

Title: Vice President