# UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Fort Wayne Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Brian C. Thompson<br>xxx–xx–6445<br>631 Fox Orchard Run<br>Fort Wayne, IN 46825<br><br>Machelle S. Thompson<br>fka Machelle S. Martin<br>xxx–xx–1468<br>631 Fox Orchard Run<br>Fort Wayne, IN 46825 | ) <br>) <br>) <br>) Case Number: 10–12588–reg<br>) <br>) <br>) <br>) <br>) <br>) Chapter: 13 |

## NOTICE REGARDING DEFECTIVE TRANSFER OF CLAIM

On April 30, 2013, eCAST Settlement Corporation filed a transfer of claim which indicates that Capital One, N.A. has transferred its previously–filed claim against the debtor to eCAST Settlement Corporation.

The parties are notified that:

- ☑ The alleged transferor has no proof of claim on file in this case.

- ☐ The transfer of claim does not provide evidence of the transfer.

- ☐ The transfer of claim does not clearly identify which claim on the claims register is the subject of the transfer.

As a result of the foregoing, the transferee shall not be substituted in the place and stead of the original claimant unless and until the deficiencies are corrected. (*See* Director's Procedural Form 210A)

Dated at Fort Wayne, Indiana, on May 1, 2013 .

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court
Federal Building, Room 1188
1300 South Harrison Street
Fort Wayne, Indiana 46802

Document No. 46 – 44